IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-219-D

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

On January 20, 2017, the court ordered pro se plaintiff Tyrone Hurt ("Hurt") to tender to the Clerk of Court the filing fee of $400 or to submit an Application to Proceed Without Prepayment of Fees and Affidavit no later than February 21, 2017. See [D.E. 2]. On January 30, 2017, Hurt filed a mostly non-legible pleading that titled ".. motion to proceed informa pauperis . . . ." See [D.E. 3]. The pleading not legible, is not on the correct form, and does provide any of Hurt's financial information. See id.

Plaintiff has failed to pay the $400.00 filing fee and has not filed an Application to Proceed Without Prepayment of Fees and Affidavit. The clerk shall close the case.

SO ORDERED. This _30_ day of January 2017.

JAMES C. DEVER III
Chief United States District Judge